**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-cv-01295-PAB-MEH

JUSTIN METCALF,
WILLIAM CURRIER, and
HERMAN CHRISTOPHE,
individually and on behalf of similarly situated individuals,

    Plaintiffs,

v.

FCI AND ASSOCIATES, INC.,
DAN FITCH, and
MIKE BUCHART,

    Defendants.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Motion for Reconsideration of Joint Motion to Toll the Statute of Limitations [Docket No. 19].  The Court deems the motion to be a renewed motion to toll the statute of limitations and, now being fully advised in the premises, the motion is GRANTED.  It is

    ORDERED that the statute of limitations for potential Opt-in Plaintiffs is tolled from September 30, 2009 through November 2, 2009.

    DATED October 22, 2009.