IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01295-PAB-MEH

JUSTIN METCALF,
WILLIAM CURRIER, and
HERMAN CHRISTOPHE,
individually and on behalf of similarly situated individuals,

      Plaintiffs,

v.

FCI AND ASSOCIATES, INC.,
DAN FITCH, and
MIKE BUCHART,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 26, 2010.**

      The Joint Motion to Modify Minute Order [filed February 25, 2010; docket #30] is **granted**. Plaintiffs may attend the upcoming Settlement Conference set for March 17, 2010, by phone. Counsel for Plaintiffs shall attend in person and must ensure that Plaintiffs are available by telephone throughout the entirety of the conference.

      Additionally, the Court emphasizes to the parties that should this case not settle at the conference on March 17, 2010, the Court may hold a subsequent conference and, in that event, would likely require all parties to be present in person.